**Order entered January 21, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00891-CV

**FIRST BANK & TRUST COMPANY, ET AL., Appellants**

**V.**

**CENTURA LAND CORPORATION F/K/A IORI CENTURA, INC., Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-04743**

## ORDER

Before the Court is appellee's January 15, 2015, second unopposed motion for extension of time to file appellee's brief. We **GRANT** the motion and **ORDER** appellee's brief be filed no later than February 18, 2015.

/s/     CRAIG STODDART
           JUSTICE